UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN KELLER,<br><br>           Plaintiff,<br><br>      VS.<br><br>ALBERTSON'S, INC. EMPLOYEES'<br>DISABILITY BENEFITS PLAN,<br><br>           Defendants. | CASE NO: CV 07-06406 SJO (RCx)<br><br>[PROPOSED] SECOND AMENDED JUDGMENT IN FAVOR OF PLAINTIFF WARREN KELLER |

On December 15, 2008, this Court entered judgment in favor of Plaintiff Warren Keller. This Court found that Plaintiff is totally disabled under Defendant Albertson's, Inc. Employees' Disability Benefits Plan's "any occupation" definition, and as such is entitled to long-term disability benefits under the Plan. In addition, the Court ordered the Plan to reimburse Plaintiff for long-term disability benefits from February 25, 2006 to the present.

On January 26, 2009, this Court granted Plaintiff's motion for Attorneys' Fees and awarded Plaintiff $63,950 in attorneys' fees and $4,311.98 in costs.

1

1     IT IS THEREBY ORDERED, ADJUDGED AND DECREED that Defendant
2 Albertson's Inc. Employees' Disability Plan shall pay Plaintiff Warren Keller the
3 following:

5     1.    Past due monthly disability benefits for the period February 25, 2006
6 through February 25, 2009 in the amount of **$58, 277.07**, which consists of:

8         a.    Monthly benefits of **$1,715.66** for thirty-six months, for a total of
9 **$61,763.76**;

11        b.    Annual prejudgment interest beginning February 25, 2006 and
12 compounded monthly thereafter through February 25, 2009, based on the post-
13 judgment interest rate prescribed under 28 U.S.C. § 1961 (the weekly average 1-year
14 constant maturity Treasury yield).  For February 2006, this interest rate was 4.72%
15 (http://www.federalreserve.gov/releases/h15/data/Weekly_Friday_/H15_TCMNOM_
16 Y1.txt).  As demonstrated in Exhibit A, the total amount of prejudgment interest is
17 **$4,716.27**; and

19        c.    A credit in the amount of **$8,202.96** representing the overpayment
20 made by Defendant during the "own occupation" period (see Exhibit B) and created
21 by the award of Social Security Disability Benefits on September 15, 2007 (see
22 Exhibit C).

24    2.    Attorneys' fees in the amount of **$63,950**.

26    3.    Costs in the amount of **$4,311.98**.

2

4. Monthly disability benefits in the amount of **$1,715.66** beginning on February 26, 2009 and continuing for as long as Plaintiff is entitled to such benefits under the terms of the Plan.

5. In the event Plaintiff does not receive full payment for all amounts due and owing and listed herein above from Defendant within 10 days after entry of this Amended Judgment, Plaintiff will be entitled to a further award of 4.72% postjudgment interest on the unpaid amount(s), compounded monthly.

Dated: March 30, 2009     By: *S. James Otero*
                              S. James Otero
                              United States District Court Judge

Submitted by:
Lisa S. Kantor - State Bar No. 110678
 email: lkantor@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886-2525 Telephone
(818) 350-6272 Facsimile

Dated: February 25, 2009


By */s/ Lisa S. Kantor*
    Lisa S. Kantor
    Attorneys for Plaintiff,
    Warren Keller

3

Keller Prejudgment Interest

Compound Period ......... : Monthly

Nominal Annual Rate .... : 4.720 %

CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Deposit | 02/24/2006 | 1,715.66 | 36 | Monthly | 01/24/2009 |
| 2 | Withdrawal | 02/25/2009 | 66,480.03 | 1 | | |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Deposit | Withdrawal | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|
| Deposit | 02/24/2006 | 1,715.66 | | | 1,715.66 | 1,715.66 |
| Deposit | 03/24/2006 | 1,715.66 | | 6.75 | 1,722.41 | 3,438.07 |
| Deposit | 04/24/2006 | 1,715.66 | | 13.52 | 1,729.18 | 5,167.25 |
| Deposit | 05/24/2006 | 1,715.66 | | 20.32 | 1,735.98 | 6,903.23 |
| Deposit | 06/24/2006 | 1,715.66 | | 27.15 | 1,742.81 | 8,646.04 |
| Deposit | 07/24/2006 | 1,715.66 | | 34.01 | 1,749.67 | 10,395.71 |
| Deposit | 08/24/2006 | 1,715.66 | | 40.89 | 1,756.55 | 12,152.26 |
| Deposit | 09/24/2006 | 1,715.66 | | 47.80 | 1,763.46 | 13,915.72 |
| Deposit | 10/24/2006 | 1,715.66 | | 54.74 | 1,770.40 | 15,686.12 |
| Deposit | 11/24/2006 | 1,715.66 | | 61.70 | 1,777.36 | 17,463.48 |
| Deposit | 12/24/2006 | 1,715.66 | | 68.69 | 1,784.35 | 19,247.83 |
| 2006 Totals | | 18,872.26 | 0.00 | 375.57 | 19,247.83 | |
| Deposit | 01/24/2007 | 1,715.66 | | 75.71 | 1,791.37 | 21,039.20 |
| Deposit | 02/24/2007 | 1,715.66 | | 82.75 | 1,798.41 | 22,837.61 |
| Deposit | 03/24/2007 | 1,715.66 | | 89.83 | 1,805.49 | 24,643.10 |
| Deposit | 04/24/2007 | 1,715.66 | | 96.93 | 1,812.59 | 26,455.69 |
| Deposit | 05/24/2007 | 1,715.66 | | 104.06 | 1,819.72 | 28,275.41 |
| Deposit | 06/24/2007 | 1,715.66 | | 111.22 | 1,826.88 | 30,102.29 |
| Deposit | 07/24/2007 | 1,715.66 | | 118.40 | 1,834.06 | 31,936.35 |
| Deposit | 08/24/2007 | 1,715.66 | | 125.62 | 1,841.28 | 33,777.63 |
| Deposit | 09/24/2007 | 1,715.66 | | 132.86 | 1,848.52 | 35,626.15 |
| Deposit | 10/24/2007 | 1,715.66 | | 140.13 | 1,855.79 | 37,481.94 |
| Deposit | 11/24/2007 | 1,715.66 | | 147.43 | 1,863.09 | 39,345.03 |
| Deposit | 12/24/2007 | 1,715.66 | | 154.76 | 1,870.42 | 41,215.45 |
| 2007 Totals | | 20,587.92 | 0.00 | 1,379.70 | 21,967.62 | |
| Deposit | 01/24/2008 | 1,715.66 | | 162.11 | 1,877.77 | 43,093.22 |
| Deposit | 02/24/2008 | 1,715.66 | | 169.50 | 1,885.16 | 44,978.38 |
| Deposit | 03/24/2008 | 1,715.66 | | 176.91 | 1,892.57 | 46,870.95 |
| Deposit | 04/24/2008 | 1,715.66 | | 184.36 | 1,900.02 | 48,770.97 |
| Deposit | 05/24/2008 | 1,715.66 | | 191.83 | 1,907.49 | 50,678.46 |
| Deposit | 06/24/2008 | 1,715.66 | | 199.34 | 1,915.00 | 52,593.46 |
| Deposit | 07/24/2008 | 1,715.66 | | 206.87 | 1,922.53 | 54,515.99 |
| Deposit | 08/24/2008 | 1,715.66 | | 214.43 | 1,930.09 | 56,446.08 |
| Deposit | 09/24/2008 | 1,715.66 | | 222.02 | 1,937.68 | 58,383.76 |

EXHIBIT A

Keller Second
Amended Judgment -4

Keller Prejudgment Interest

|  | Date | Deposit | Withdrawal | Interest | Net Change | Balance |
|---|---|---|---|---|---|---|
| Deposit | 10/24/2008 | 1,715.66 |  | 229.64 | 1,945.30 | 60,329.06 |
| Deposit | 11/24/2008 | 1,715.66 |  | 237.29 | 1,952.95 | 62,282.01 |
| Deposit | 12/24/2008 | 1,715.66 |  | 244.98 | 1,960.64 | 64,242.65 |
| 2008 Totals |  | 20,587.92 | 0.00 | 2,439.28 | 23,027.20 |  |
| Deposit | 01/24/2009 | 1,715.66 |  | 252.69 | 1,968.35 | 66,211.00 |
| 1 | 02/25/2009 |  | 66,480.03 | 269.03 | 66,211.00- | 0.00 |
| 2009 Totals |  | 1,715.66 | 66,480.03 | 521.72 | 64,242.65- |  |
| Grand Totals |  | 61,763.76 | 66,480.03 | 4,716.27 | 0.00 |  |

# Warren Keller
## Payments by Albertson's Inc. Employees' Disability Benefits Plan
## During Own Occupation Period
## 2/25/2004 - 2/25/2006

| Month | Gross Long Term Disability Benefit | Health Insurance Deduction | Worker's Compensation Deduction | Social Security Disability Benefit Deduction | Amount Paid By The Plan | Amount Plan Should Have Paid |
|---|---|---|---|---|---|---|
| Feb-04 * | $562.77 | 0 | $344.00 | 0 | 0 | $218.77 |
| Mar-04 | $3,264.06 | $142.67 | $2,408.00 | 0 | 0 | $713.39 |
| Apr-04 | $3,264.06 | $185.47 | $2,408.00 | 0 | $471.96 | $670.59 |
| May-04 | $3,264.06 | $185.47 | $2,408.00 | $1,548.40 | $465.85 | $0.00 |
| Jun-04 | $3,264.06 | $185.47 | $2,408.00 | $1,548.40 | $471.96 | $0.00 |
| Jul-04 | $3,264.06 | $185.47 | $2,408.00 | $1,548.40 | $465.85 | $0.00 |
| Aug-04 | $3,264.06 | $185.47 | $2,408.00 | $1,548.40 | $465.85 | $0.00 |
| Sep-04 | $3,264.06 | $185.47 | $2,408.00 | $1,548.40 | $471.96 | $0.00 |
| Oct-04 | $3,264.06 | $185.47 | $2,408.00 | $1,548.40 | $465.85 | $0.00 |
| Nov-04 | $3,264.06 | $185.47 | $2,408.00 | $1,548.40 | $471.96 | $0.00 |
| Dec-04 | $3,264.06 | $185.47 | $2,408.00 | $1,548.40 | $465.85 | $0.00 |
| Jan-05 | $3,264.06 | $185.47 | $2,408.00 | $1,548.40 | $469.93 | $0.00 |
| Feb-05 | $3,264.06 | $185.47 | $1,204.00 | $1,548.40 | $1,504.57 | $326.19 |
| Mar-05 | $3,264.06 | $185.47 | 0 | $1,548.40 | $2,338.60 | $1,530.19 |
| Apr-05 | $3,264.06 | $185.47 | 0 | $1,548.40 | $2,338.60 | $1,530.19 |
| May-05 | $3,264.06 | $185.47 | 0 | $1,548.40 | $3,078.60 | $1,530.19 |
| Jun-05 | $3,264.06 | $185.47 | 0 | $1,548.40 | $3,078.60 | $1,530.19 |
| Jul-05 | $3,264.06 | $185.47 | 0 | $1,548.40 | $594.24 | $1,530.19 |
| Aug-05 | $3,264.06 | $185.47 | 0 | $1,548.40 | $2,338.60 | $1,530.19 |
| Sep-05 | $3,264.06 | $185.47 | 0 | $1,548.40 | $2,338.60 | $1,530.19 |
| Oct-05 | $3,264.06 | 0 | 0 | $1,548.40 | 0 | $1,715.66 |
| Nov-05 | $3,264.06 | 0 | 0 | $1,548.40 | $3,147.49 | $1,715.66 |
| Dec-05 | $3,264.06 | 0 | 0 | $1,548.40 | $3,252.40 | $1,715.66 |
| Jan-06 | $3,264.06 | 0 | 0 | $1,548.40 | $3,252.40 | $1,715.66 |
| Feb-06 * | $3,264.06 | 0 | 0 | $1,382.56 | $2,937.65 | $1,881.50 |
|  | $78,900.21 | $3,481.13 | $28,036.00 | $33,898.96 | $34,887.37 | $21,384.41 |
|  |  |  |  |  | Overpayment** | $13,502.96 |
|  |  |  |  |  | SSDI Fee Credit | $5,300 |
|  |  |  |  |  | **Net overpayment** | **$8,202.96** |

* Partial month

** Amount paid by the Plan minus Amount Plan Should Have Paid

EXHIBIT B

Keller Second Amended Judgment -6

0710

## Social Security Administration
## Retirement, Survivors, and Disability Insurance
Notice of Award

Western Program Service Center
P.O. Box 2000
Richmond, California 94802

Date: September 15, 2007
Claim Number: 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HA

000005694 03 MB   0.610   T036,MAD,0911,PC5,I,RI,ORE,058,163,OMS

WARREN C KELLER
3759 FAUST AVE
LONG BEACH CA 90808-2142

We are writing to let you know that you are entitled to monthly disability benefits from Social Security beginning May 2004.

### What We Will Pay

Your first payment is for $1,537.50.

- This is the money you are due through September 2007.
- After the first payment, you will receive $1,631.00 on or about the fourth Wednesday of each month.
- Your monthly payments will go to the financial institution you selected.

The day we make payments on this record is based on your date of birth.

### Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums and worker's compensation offset. We must also round down to the nearest dollar.

| Beginning Date | Benefit Amount | Reason |
|---|---|---|

ENCLOSURES:
ENVELOPE            CMS-2690              PUB. NO. 05-10153
PUB. NO. 05-10058
C                        SEE NEXT PAGE

EXHIBIT C

Keller Second
Amended Judgment -7

```
                                                                    0710
  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HA                                                        2

    May 2004          $1548.40      Entitlement began
    December 2004     $1590.20      Cost-of-living adjustment
    January 2005      $1602.10      Credit for additional earnings
    December 2005     $1667.70      Cost-of-living adjustment
    January 2006      $1669.90      Credit for additional earnings
    December 2006     $1725.00      Cost-of-living adjustment
```

**Information About Medicare**

You are entitled to medical insurance under Medicare beginning September 2007.

We did not give you earlier medical insurance because we did not process it timely. If you want to have these benefits earlier, you can choose medical insurance benefits beginning May 2006. If you want this benefit to start earlier, you must do the following things within 30 days after the date of this notice:

- tell us in writing that you want medical insurance benefits beginning May 2006;

- pay us $1,461.00. This covers the premiums due from May 2006 through August 2007; or

- tell us we can withhold this amount from the check.

If you want the benefits beginning May 2006 but would find it hard to pay the premium amount in a lump sum, ask us about other ways to pay the money.

We charge a monthly premium for your medical insurance. The rates are shown below:

```
            AMOUNT            DATE BEGINNING
            $93.50            September 2007
```

We are taking medical insurance premiums due through October 2007 out of the check you will receive around October 24, 2007. These premiums total $93.50. We will deduct medical insurance premiums 1 month in advance.

C                          SEE NEXT PAGE

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HA

0710
3

We will send you a Medicare card. You should take this card with you when you need medical care. If you need medical care before receiving the card and your coverage has already begun, use this letter as proof that you are covered by Medicare.

If you do not want medical insurance, please complete the enclosed card and return it to us in the envelope we have provided. You will need to do this by the date shown on the card. If you decide you do not want the insurance, we will return any premiums that you have paid.

### Information About Lawyer's or Representative's Fees

We have approved the fee agreement between you and your lawyer.

Your past-due benefits are $65,599.00 for May 2004 through August 2007. Under the fee agreement, the lawyer cannot charge you more than $5,300.00 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the lawyer.

### How To Ask Us To Review The Fee

You, the lawyer or the person who decided your case can ask us to review the amount of the fee we say the lawyer can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Disability Adjudication and Review
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

The lawyer also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or the lawyer we will assume you both agree with the amount of the fee shown.

C                                       SEE NEXT PAGE

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HA

0710
4

### Information About Past-Due Benefits Withheld To Pay A Lawyer/Representative

Because of the law, we usually withhold 25 percent of the total past-due benefits or the maximum payable under the fee agreement to pay an approved lawyer's fee. We withheld $5,300.00 from your past-due benefits to pay the lawyer.

### Other Social Security Benefits

The benefits described in this letter are the only ones you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

### Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away. We have enclosed a pamphlet, "When You Get Social Security Disability Benefits...What You Need to Know". It will tell you what must be reported and how to report. Be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

### Do You Think We Are Wrong?

You are entitled to benefits because of a decision made by the Administrative Law Judge.

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

C                         SEE NEXT PAGE

K

Keller Second
Amended Judgment -10

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HA                                                              0710
                                                                              5

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

Please read the enclosed pamphlet, "Your right to Question the Decision Made on Your Social Security Claim". It contains more information about the appeal.

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll free at 1-800-772-1213, or call your local Social Security office at 1-562-599-8172. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

    SOCIAL SECURITY
    2005 LONG BEACH BLVD
    LONG BEACH CA   90806

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

We are sending a copy of this letter to your lawyer.

C

                      Michael J. Astrue
                      Commissioner
                        of Social Security

# CERTIFICATE OF SERVICE BY ELECTRONIC MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this entitled action. My business address is 19839 Nordhoff Street, Northridge, CA 91324.

I hereby certify the following document: [PROPOSED] SECOND AMENDED JUDGMENT IN FAVOR OF PLAINTIFF WARREN KELLER, was served on the interested parties in this action by electronic service through the Court's transmission facilities, addressed as follows:

Robert R. Pohls
POHLS & ASSOCIATES
rpohls@califehealth.com

W. Mark Gavre (Admitted Pro Hac Vice)
PARSONS BEHLE & LATIMER
mgavre@parsonsbehle.com

Executed on February 25, 2009, at Northridge, California.

*s/ Denise Anderson*
Denise Anderson, Paralegal
Kantor & Kantor LLP
19839 Nordhoff Street
Northridge, CA 91324